SALVATORE MALFITANO v. DOW JONES CO., INC.

November 12, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE JAMES MITCHELL.

November 12, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. MALCOLM D. MILLIGAN,
A/K/A DOUGLAS MILLIGAN.

November 12, 1985.

Petition for certification granted.

STATE OF NEW JERSEY v. ERNEST WOODARD.

November 12, 1985.

Petition for certification denied.